B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Savarino, Biagio Joseph | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Savarino, Adriana |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Bill Savarino | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 0737 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 1131 |
| Street Address of Debtor (No. and Street, City, and State)<br>13634 Deerpath Dr<br>Orland Park, IL     ZIPCODE 60462 | Street Address of Joint Debtor (No. and Street, City, and State)<br>13634 Deerpath Dr<br>Orland Park, IL     ZIPCODE 60462 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   N.A.

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] 1-49 | [ ] 50-99 | [x] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [x] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18.20:10 - 3121(0-301X-***** - PDF-XChange 4.0

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Biagio Joseph Savarino & Adriana Savarino |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X ___/s/ Thomas L. Murphy_____ __12/23/2014__ Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Biagio Joseph Savarino & Adriana Savarino

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Biagio Joseph Savarino
Signature of Debtor

**X** /s/ Adriana Savarino
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

12/23/2014
Date

### Signature of Attorney*

**X** /s/ Thomas L. Murphy
Signature of Attorney for Debtor(s)

THOMAS L. MURPHY 1998277
Printed Name of Attorney for Debtor(s)

Petti, Murphy, & Associates
Firm Name

1100 Ravinia Pl
Address

Orland Park, IL 60462

708-403-5500   lwilma@pettimurphylaw.com
Telephone Number          e-mail

12/23/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:10 - 3121b-301X-***** - PDF-XChange 4.0

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

In re Biagio Joseph Savarino & Adriana
Savarino _____
Debtor(s)

Case No._____
(if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                                Page 2

❒ 3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❒  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❒  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ❒  Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   _____/s/ Biagio Joseph Savarino_____
                                BIAGIO JOSEPH SAVARINO

12/23/2014

Date: _____

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

In re  Biagio Joseph Savarino & Adriana
——Savarino——————————————
                    Debtor(s)

Case No._____
            (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:10 - 31210-x-301X-***** - PDF-XChange 4.0

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                                    Page 2

❒  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❒  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❒  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ❒  Active military duty in a military combat zone.

❒  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____/s/ Adriana Savarino_____
                                                    ADRIANA SAVARINO

                    Date: _____12/23/2014_____

B6A (Official Form 6A) (12/07)

In re  Biagio Joseph Savarino & Adriana Savarino _____    Case No. _____
            **Debtor**                                                         **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   Biagio Joseph Savarino & Adriana Savarino
_____           Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Acct #8714<br>Harris Bank<br>8150 W 143rd St,<br>Orland Park, IL 60462 | W | 400.00 |
| | | UTMA account in the name of minor daughter (value $14,480.00)<br>Morgan Stanley<br>227 W Monroe<br>Chicago, IL 60606 | W | 0.00 |
| | | Basic Joint Securities Acct #6188<br>Morgan Stanley<br>227 W Monroe<br>Chicago, IL 60606 | J | 667.00 |
| | | Basic Securities Acct #0188<br>Morgan Stanley<br>227 W Monroe<br>Chicago, IL 60606 | W | 1,194.00 |
| | | UTMA account in the name of minor daughter (value $26,711.00))<br>Morgan Stanley<br>227 W Monroe<br>Chicago, IL 60606 | W | 0.00 |

In re  Biagio Joseph Savarino & Adriana Savarino
_____  Case No. _____
    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | UTMA account in the name of minor daughter (value $1,578.14)) | W | 0.00 |
| | | Bank of America | | |
| | | 15862 S. Lagrange Road | | |
| | | Orland Park, IL 60462 | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Contents of storage unit (misc household goods) | J | 1,000.00 |
| | | Life Storage | | |
| | | 8531 W. 191st St. | | |
| | | Mokena, IL 60448 | | |
| | | Misc household goods and furnishings (living with parents) | J | 1,000.00 |
| | | Debtors' residence | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Misc clothing adult male | H | 400.00 |
| | | Debtors' residence | | |
| | | Misc clothing adult female | W | 400.00 |
| | | Debtors' residence | | |
| 7.  Furs and jewelry. | | Wedding bands and ring | J | 200.00 |
| | | Debtors' residence | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Ins with $500,000 death benefit | H | 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 3121/0-30|X-**** - PDF-XChange 4.0

In re    Biagio Joseph Savarino & Adriana Savarino                    Case No. _____
         **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Liberty Mutual 100 Liberty Way Dover, NH 03820 | | |
| | | Whole Life Ins with $500,000 death benefit | H | 0.00 |
| | | Liberty Mutual 100 Liberty Way Dover, NH 03820 | | |
| | | Term Life Ins with $250,000 death benefit | W | 0.00 |
| | | Liberty Mutual 100 Liberty Way Dover, NH 03820 | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | 529 Plan Bright Directions PO Box 82623 Lincoln, NE 68501 | W | 3,387.97 |
| | | 529 Plan Bright Directions PO Box 82623 Lincoln, NE 68501 | W | 1,678.29 |
| | | 529 Plan Morgan Stanley 227 W Monroe Chicago, IL 60606 | W | 6,638.00 |
| | | 529 Plan Morgan Stanley 227 W Monroe Chicago, IL 60606 | W | 6,619.00 |

In re   Biagio Joseph Savarino & Adriana Savarino
_____          Case No. _____
**Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 3121/0-301X-***** - PDF-XChange 4.0

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA<br>Morgan Stanley<br>227 W Monroe<br>Chicago, IL 60606 | H | 9,377.00 |
| | | IRA<br>Morgan Stanley<br>227 W Monroe<br>Chicago, IL 60606 | H | 4,250.00 |
| | | IRA<br>Morgan Stanley<br>227 W Monroe<br>Chicago, IL 60606 | W | 4,231.00 |
| | | IRA<br>Vanguard<br>PO Box 105431<br>Atlanta, GA 30348 | W | 12,310.09 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stocks<br>Charles Schwab<br>P.O. Box 628291<br>Orlando, FL 32862 | H | 1,900.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | 2013 Tax refund (will be seized by IRS)<br>IRS | J | 1,535.00 |

In re   Biagio Joseph Savarino & Adriana Savarino

**Debtor**                                                     Case No. _____

                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2013 Tax refund (will be seized by IN Dept Rev) Indiana Dept of Revenue | J | 227.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevy Tahoe 145,500 miles Debtors' residence | J | 8,700.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

_____ continuation sheets attached       Total      $ _____

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 3121Q-30JX-***** - PDF-XChange 4.0

In re    Biagio Joseph Savarino & Adriana Savarino                                Case No. _____
                    **Debtor**                                                              **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 0 | | 66,114.35 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 3121Ox301X-***** - PDF-XChange 4.0

B6C (Official Form 6C) (04/13)

In re   Biagio Joseph Savarino & Adriana Savarino                                Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)           ☐ Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)             $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking Acct #8714 | (Wife)735 I.L.C.S 5§12-1001(b) | 400.00 | 400.00 |
| Misc clothing adult male | (Husb)735 I.L.C.S 5§12-1001(a) | 400.00 | 400.00 |
| IRA | (Husb)735 I.L.C.S 5§12-1006 | 9,377.00 | 9,377.00 |
| IRA | (Husb)735 I.L.C.S 5§12-1006 | 4,250.00 | 4,250.00 |
| IRA | (Wife)735 I.L.C.S 5§12-1006 | 4,231.00 | 4,231.00 |
| IRA | (Wife)735 I.L.C.S 5§12-1006 | 12,310.09 | 12,310.09 |
| Stocks | (Husb)735 I.L.C.S 5§12-1001(b) | 1,900.00 | 1,900.00 |
| Term Life Ins with $500,000 death benefit | (Husb)735 I.L.C.S 5§12-1001(f) | 0.00 | 0.00 |
| Whole Life Ins with $500,000 death benefit | (Husb)735 I.L.C.S 5§12-1001(f) | 0.00 | 0.00 |
| Term Life Ins with $250,000 death benefit | (Wife)735 I.L.C.S 5§12-1001(f) | 0.00 | 0.00 |
| 2007 Chevy Tahoe 145,500 miles | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Husb)735 I.L.C.S 5§12-1001(c)<br>(Wife)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(c) | 659.00<br>2,400.00<br>980.00<br>2,400.00 | 8,700.00 |
| Contents of storage unit (misc household goods) | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 500.00<br>500.00 | 1,000.00 |
| Misc clothing adult female | (Wife)735 I.L.C.S 5§12-1001(a) | 400.00 | 400.00 |
| Wedding bands and ring | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 100.00<br>100.00 | 200.00 |
| 529 Plan | (Wife)735 ILCS 5/12-1001(j) | 3,387.97 | 3,387.97 |
| 529 Plan | (Wife)735 ILCS 5/12-1001(j) | 1,678.29 | 1,678.29 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 31210x301X-***** - PDF-XChange 4.0

B6C (Official Form 6C) (04/13) -- Cont.

In re   Biagio Joseph Savarino & Adriana Savarino _____    Case No. _____
                **Debtor**    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| UTMA account in the name of minor daughter (value $14,480.00) | (Wife)735 I.L.C.S 5§12-1001(b) | 0.00 | 0.00 |
| Basic Joint Securities Acct #6188 | (Husb)735 I.L.C.S 5§12-1001(b) (Wife)735 I.L.C.S 5§12-1001(b) | 341.00 326.00 | 667.00 |
| Basic Securities Acct #0188 | (Wife)735 I.L.C.S 5§12-1001(b) | 1,194.00 | 1,194.00 |
| UTMA account in the name of minor daughter (value $26,711.00)) | (Wife)735 I.L.C.S 5§12-1001(b) | 0.00 | 0.00 |
| 529 Plan | (Wife)735 ILCS 5/12-1001(j) | 6,638.00 | 6,638.00 |
| 529 Plan | (Wife)735 ILCS 5/12-1001(j) | 6,619.00 | 6,619.00 |
| Misc household goods and furnishings (living with parents) | (Husb)735 I.L.C.S 5§12-1001(b) (Wife)735 I.L.C.S 5§12-1001(b) | 500.00 500.00 | 1,000.00 |
| | Total exemptions claimed: | 62,091.35 | |

B6D (Official Form 6D) (12/07)

In re ___Biagio Joseph Savarino & Adriana Savarino___,    Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

___0___ continuation sheets attached

Subtotal ▷ (Total of this page)    $    0.00    |    $    0.00
Total ▷ (Use only on last page)    $    0.00    |    $    0.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 3121Q-30JX,***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13)**

In re _____Biagio Joseph Savarino & Adriana Savarino_____,  Case No._____
    Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 3121/0-301X-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re___Biagio Joseph Savarino & Adriana Savarino_____,    Case No._____
                                    Debtor                                                              (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___2___ **continuation sheets attached**

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 31210-301X-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Biagio Joseph Savarino & Adriana Savarino_____,    Case No. _____
              Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxx0737<br><br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101 | | J | Incurred: 2006<br>Consideration: 1040 income tax for 2006 | | | | 28,518.13 | 28,518.13 | 0.00 |
| ACCOUNT NO. xxxxx0737<br><br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101 | | J | Incurred: 2007<br>Consideration: 1040 income taxes for 2007 | | | | 1,547.67 | 1,547.67 | 0.00 |
| ACCOUNT NO. xxxxx0737<br><br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101 | | J | Incurred: 2014<br>Consideration: 1040 income tax for 2012 | | | | 2,362.00 | 2,362.00 | 0.00 |
| ACCOUNT NO. xxxxx0737<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664 | | J | Incurred: 2007<br>Consideration: 1040 income taxes for 2007 | | | | 3,036.76 | 3,036.76 | 0.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▷
(Totals of this page)    $ 35,464.56    $ 35,464.56    $ 0.00

Total ▷    $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals ▷    $    $    $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 3121(0-30)X,***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13) - Cont.

In re Biagio Joseph Savarino & Adriana Savarino____,          Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxx0737<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664 | | J | Incurred: 2014<br>Consideration: 1040<br>income tax for 2012 | | | | 2,576.00 | 2,576.00 | 0.00 |
| ACCOUNT NO.  xxxxx0737<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664 | | J | Incurred: 2014<br>Consideration: 1040<br>income tax for 2013 | | | | 1,405.00 | 1,405.00 | 0.00 |
| ACCOUNT NO.  xxxxx0737<br><br>Indiana Dept of Revenue<br>Bankruptcy Section MS 108<br>100 N Senate Ave N240<br>Indianapolis, IN 46204 | | J | Incurred: 2014<br>Consideration: 1040<br>income tax for 2012 | | | | 104.00 | 104.00 | 0.00 |
| ACCOUNT NO.  14-cr-20018-01<br><br>United States of America<br>Elly Peirson, Asst US Atty<br>201 S Vine St Ste 226<br>Urbana, IL 61802 | | H | Incurred: 2014<br>Consideration:<br>Restitution<br>non-dischargeable | | | | 354,765.82 | 354,765.82 | 0.00 |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal ➢ $ 358,850.82 | $ 358,850.82 | $   0.00
(Totals of this page)

Total ➢ $ 394,315.38
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)

Totals ➢ $           | $  394,315.38 | $   0.00
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 3121(o-30)X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07)

In re  Biagio Joseph Savarino & Adriana Savarino                    Case No. _____
_____                                      _____
        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  unknown<br><br>ABC Supply Co<br>1 ABC Pkwy.<br>Beloit, WI  53511 | | H | Incurred: 2010<br>Consideration: Trade debt | | | | 35.00 |
| ACCOUNT NO.  52120437<br><br>Accord Creditor<br>PO Box 10002<br>Newnan, GA 30271 | | H | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting For At&t | | | | Notice Only |
| ACCOUNT NO.  RG1375219<br><br>Acl Labs<br>8901 West Lincoln Ave<br>West Allis, WI 532270901 | | W | Incurred: 2013<br>Consideration: Medical services | | | | 101.80 |
| ACCOUNT NO.  Tilted Kilt<br><br>Ajax Linen<br>1005 Geneva St<br>Shorewood, IL 60404 | | H | Incurred: 2011<br>Consideration: Business vendor debt | | | | 4,461.22 |

____27____ continuation sheets attached

Subtotal ▷  $  4,598.02

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Biagio Joseph Savarino & Adriana Savarino_____,        Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  68135 <br><br> Alpha Med <br> 12150 South Harlem Ave <br> Palos Heights, IL 60463 | | H | Incurred: 8/2014 <br> Consideration: Medical services | | | | 283.18 |
| ACCOUNT NO.  27495787 <br><br> Ars National <br> PO Box 463023 <br> Escondido, CA 92046 | | H | Incurred: 2013 <br> Consideration: Assignee for various creditors <br> Collecting For Chase Bank | | | | Notice Only |
| ACCOUNT NO.  132057554 <br><br> Asset Acceptance <br> PO 2036 <br> Warren, MI 48090 | | W | Incurred: 2013 <br> Consideration: Assignee for various creditors <br> Collecting For Bank Of America | | | | Notice Only |
| ACCOUNT NO.  8153347244150 <br><br> AT&T <br> c/o Bankruptcy <br> 1801 Valley View Ln <br> Farmers Branch, TX 75234 | | H | Incurred: 2011 <br> Consideration: Business phone | | | | 69.81 |
| ACCOUNT NO.  8068154940128 <br><br> AT&T <br> c/o Bankruptcy <br> 1801 Valley View Ln <br> Farmers Branch, TX 75234 | | H | Incurred: 2012 <br> Consideration: Business phone | | | | 650.15 |

Sheet no. __1__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $       1,003.14

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 31210-310X-*****- PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Biagio Joseph Savarino & Adriana Savarino_____,          Case No. _____
              **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  159843xxxx<br><br>AWA Collections<br>PO Box 6605<br>Orange, CA 92863 | | W | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting for Cord Blood Registry | | | | Notice Only |
| ACCOUNT NO.  4888931153931295<br><br>Bank of America<br>PO Box 15019<br>Wilmington, DE 19886 | | W | Incurred: 2010<br>Consideration: Credit card debt | | | | 13,632.11 |
| ACCOUNT NO.  005304109183<br><br>Bank of America<br>PO Box 15019<br>Wilmington, DE 19886 | | W | Incurred: 2011<br>Consideration: Credit card debt | | | | 508.28 |
| ACCOUNT NO.  unknown<br><br>Bank of America Corporate Center<br>100 North Tryon Street<br>Charlotte, North Carolina 28255 | | J | Incurred: 12/2011<br>Consideration: Deficiency judgment house | | | | 138,230.65 |
| ACCOUNT NO.  7001062179280007<br><br>Best Buy Co<br>PO Box 9<br>Buffalo, NY 14240 | | W | Incurred: 2009<br>Consideration: Credit card debt | | | | 3,974.53 |

Sheet no. __2__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷   $      156,345.57

Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:11 - 3121/0-30|X-*****- PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Biagio Joseph Savarino & Adriana Savarino                ,          Case No. _____
                              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0009476132 <br><br> Brown & Joseph Ltd <br> PO Box 59838 <br> Schaumburg, IL 60159 | | H | Incurred: 3/2014 <br> Consideration: Assignee for various creditors <br> Collecting For Nu Way Disposal | | | | Notice Only |
| ACCOUNT NO.  unknown <br><br> Brown & Joseph Ltd <br> PO Box 59838 <br> Schaumburg, IL 60159 | | H | Incurred: 2013 <br> Consideration: Assignee for various creditors <br> Collecting For Drop Zone Portable | | | | Notice Only |
| ACCOUNT NO.  1371233 <br><br> Capital Accounts <br> PO Box 140065 <br> Nashville, TN 37214 | | H | Incurred: 4/2014 <br> Consideration: Assignee for various creditors | | | | Notice Only |
| ACCOUNT NO.  479124235276xxxx <br><br> Capital One <br> PO Box 6492 <br> Carol Stream, IL 60197 | | H | Incurred: 2012 <br> Consideration: Credit card debt | | | | 2,969.00 |
| ACCOUNT NO.  0131096074 <br><br> Cbe Group <br> 1309 Technology Pkwy <br> Cedar Falls, IA 50613 | | H | Incurred: 6/2014 <br> Consideration: Assignee for various creditors <br> Collecting For Com Ed | | | | Notice Only |

Sheet no.  3  of  27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  2,969.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121(b-30)X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Biagio Joseph Savarino & Adriana Savarino_____,    Case No. _____
                  **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121/0-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0263101122<br><br>CCI<br>PO Box 212489<br>Augusta, GA 30917 | | W | Incurred: 2/2014<br>Consideration: Assignee for various creditors<br>Collecting For Com Ed | | | | Notice Only |
| ACCOUNT NO.  4266880182518775<br><br>Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850 | | H | Incurred: 2011<br>Consideration: Credit card debt | | | | 3,183.54 |
| ACCOUNT NO.  xxxxxxxxxxxx3014<br><br>Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850 | | H | Incurred: 2013<br>Consideration: Business credit card | | | | 3,635.99 |
| ACCOUNT NO.  xxxxxxxxxxxx4172<br><br>Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850 | | H | Incurred: 2013<br>Consideration: Credit card debt | | | | 20,931.93 |
| ACCOUNT NO.  4266841010885679<br><br>Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850 | | W | Incurred: 2009<br>Consideration: Credit card debt | | | | 9,289.99 |

Sheet no.  4  of  27   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  37,041.45

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Biagio Joseph Savarino & Adriana Savarino  ,           Case No. _____
 **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   none<br><br>Chicago Title Insurance<br>10 S LaSalle St Suite 3100<br>Chicago,IL,60603 | | H | Incurred: 2013<br>Consideration: Agreed Order Judgment | | | | 11,000.00 |
| ACCOUNT NO.   10130419<br><br>Children's Memorial Hospital<br>PO Box 4051<br>Carol Stream, IL 60197 | | W | Incurred: 8/2011<br>Consideration: Medical services | | | | 707.31 |
| ACCOUNT NO.   48G957418<br><br>Children's Memorial Hospital<br>PO Box 4051<br>Carol Stream, IL 60197 | | W | Incurred: 8/2011<br>Consideration: Medical services | | | | 50.20 |
| ACCOUNT NO.   27G957418<br><br>Children's Memorial Hospital<br>PO Box 4051<br>Carol Stream, IL 60197 | | W | Incurred: 8/2011<br>Consideration: Medical services | | | | 383.00 |
| ACCOUNT NO.   6035251107558921<br><br>Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117 | | H | Incurred: 2013<br>Consideration: Credit card debt | | | | 741.59 |

Sheet no.  5  of  27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $ 12,882.10

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121Q-301X-*****-PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Biagio Joseph Savarino & Adriana Savarino            ,        Case No. _____
             **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  13-1679<br><br>CKB Law Firm<br>30 N LaSalle St Ste 1520<br>Chicago, IL 60602 | | H | Incurred: 1/2014<br>Consideration: Assignee for various creditors<br>Collecting for Nu Way | | | | Notice Only |
| ACCOUNT NO.  09 CH 52412<br><br>Codilis & Associates<br>15W030 N Frontage Rd Ste 100<br>Burr Ridge, IL 60527 | | J | Incurred: 2009<br>Consideration: Assignee for various creditors<br>Collecting for Bank of America | | | | Notice Only |
| ACCOUNT NO.  0131096074<br><br>Com Ed<br>PO Box 6111<br>Carol Stream, IL 60197 | | H | Incurred: 2012<br>Consideration: Business Utility | | | | 885.76 |
| ACCOUNT NO.  0263101122<br><br>Com Ed<br>Po Box 6111<br>Carol Stream, IL 60197 | | W | Incurred: 2013<br>Consideration: Utility | | | | 559.17 |
| ACCOUNT NO.  0131096065<br><br>Com Ed<br>Po Box 6111<br>Carol Stream, IL 60197 | | H | Incurred: 2011<br>Consideration: Business Utility | | | | 404.60 |

Sheet no.  6  of 27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $      1,849.53

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121/0-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Biagio Joseph Savarino & Adriana Savarino_____,     Case No. _____
                                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8771201580058380 <br><br> Comcast <br> PO Box 3002 <br> Southeastern, PA 19398 | | W | Incurred: 2012 <br> Consideration: Utility | | | | 448.85 |
| ACCOUNT NO.  0131096074 <br><br> ComEd <br> 3 Lincoln Center <br> Attn: Bkcy Group-Claims Department <br> Oakbrook Terrace, IL 60181 | | H | Incurred: 2013 <br> Consideration: Utility | | | | 277.50 |
| ACCOUNT NO.  1DWK6QJ <br><br> Cord Blood Registry <br> 1200 Bayhill Drive, 3rd Floor <br> San Bruno, California 94066 | | W | Incurred: 2012 <br> Consideration: Medical services | | | | 1,000.00 |
| ACCOUNT NO.  unknown <br><br> Drop Zone Portable <br> 312 Alessio Drive <br> Joliet, IL 60433 | | H | Incurred: 2012 <br> Consideration: Trade vendor debt | | | | 5,840.00 |
| ACCOUNT NO.  unknown <br><br> First Merit Bank <br> 14701 S.La Grange Rd <br> Orland Park, IL 60462 | | J | Incurred: 2008 <br> Consideration: Guarantors of business debt <br> Business commercial property has been sold by creditor so it is not known what is owed | | | | Unknown |

Sheet no. __7__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   7,566.35

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121/0-30lX-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Biagio Joseph Savarino & Adriana Savarino_____,    Case No. _____
                   **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11 SC 10873<br><br>Freedman Anselmo Lindberg<br>PO Box 3228<br>Naperville, IL 60566 | | H | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting for Capital One | | | | Notice Only |
| ACCOUNT NO. none<br><br>Hamstra Roofing<br>22823 South Mustang Rd<br>Frankfort, IL 60423 | | H | Incurred: 2007<br>Consideration: Business vendor debt | | | | 3,156.00 |
| ACCOUNT NO. multiple<br><br>Harris & Harris<br>111 W Jackson Blvd Ste 400<br>Chicago, IL 60604 | | J | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting for Palos Community Hospital | | | | Notice Only |
| ACCOUNT NO. none<br><br>Harris & Harris<br>222 Merchandise Mart Suite 1900<br>Chicago, IL 60654 | | H | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting For Nicor Gas | | | | Notice Only |
| ACCOUNT NO. 4093<br><br>Harris Bank<br>8150 W 143rd St,<br>Orland Park, IL 60462 | | W | Incurred: 12/2014<br>Consideration: Overdrawn savings account | | | | 66.00 |

Sheet no. _8_ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $     3,222.00

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121b-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Biagio Joseph Savarino & Adriana Savarino_____,        Case No. _____

 **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  14411396  Ics PO Box 1010 Tinley Park, IL 60477 | | H | Incurred: 2013 Consideration: Assignee for various creditors Collecting For Orland Fire Protection | | | | Notice Only |
| ACCOUNT NO.  15985426  Ics PO Box 1010 Tinley Park, IL 60477 | | W | Incurred: 7/2014 Consideration: Assignee for various creditors Collecting For Lcmg | | | | Notice Only |
| ACCOUNT NO.  unknown  James Mccormick DDS 13161 West 143rd Street, Suite 101 Homer Glen, IL 60491 | | H | Incurred: 2013 Consideration: Medical services | | | | 2,580.20 |
| ACCOUNT NO.  none  Jeffrey Lewis Attorney at Law 2045 Aberdeen Ct Ste A Sycamore, IL 60178 | | H | Incurred: 2011 Consideration: Assignee for various creditors Collecting for Metro Janitorial | | | | Notice Only |
| ACCOUNT NO.  none  Keough and Moody 1250 East Diehl Suite 405 Naperville, IL 60563 | | J | Incurred: 2009 Consideration: Assignee for various creditors Collecting for The Preserve at Marley Creek HOA | | | | Notice Only |

Sheet no. __9__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $        2,580.20

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 31210-310.X.***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Biagio Joseph Savarino & Adriana Savarino            ,          Case No. _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  11 SC 10873 <br><br> Louis Freedman & Assoc <br> PO Box 3228 <br> Naperville, IL 60566 | | H | Incurred: 2011 <br> Consideration: Assignee for various creditors <br> Collecting For Capital One | | | | Notice Only |
| ACCOUNT NO.  unknown <br><br> Loyola Medical Center <br> Po Box 99400 <br> Louisville, KY 40269 | | W | Incurred: 2013 <br> Consideration: Medical services | | | | 600.00 |
| ACCOUNT NO.  181785 <br><br> Loyola Univers Medical Center <br> PO Box 3021 <br> Milwaukee, WI 53201 | | W | Incurred: 5/2014 <br> Consideration: Medical services | | | | 56.72 |
| ACCOUNT NO.  1995051 <br><br> Loyola Univers Medical Center <br> PO Box 3021 <br> Milwaukee, WI 53201 | | W | Incurred: 6/2014 <br> Consideration: Legal services | | | | 86.46 |
| ACCOUNT NO.  1655902 <br><br> Loyola Univers Medical Center <br> PO Box 3021 <br> Milwaukee, WI 53201 | | W | Incurred: 10/2013 <br> Consideration: Medical services | | | | 22.80 |

Sheet no.  10  of  27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷    $    765.98

Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121.0-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Biagio Joseph Savarino & Adriana Savarino_____,      Case No. _____
                **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  165590200092<br><br>Loyola Univers Medical Center<br>PO Box 3021<br>Milwaukee, WI 53201 | | W | Incurred: 10/2013<br>Consideration: Medical services | | | | 41.79 |
| ACCOUNT NO.  180608<br><br>Loyola Univers Medical Center<br>PO Box 3021<br>Milwaukee, WI 53201 | | W | Incurred: 2/2011<br>Consideration: Medical services | | | | 30.00 |
| ACCOUNT NO.  1568188<br><br>Loyola Univers Medical Center<br>PO Box 3021<br>Milwaukee, WI 53201 | | W | Incurred: 11/26/14<br>Consideration: Medical services | | | | 10.00 |
| ACCOUNT NO.  014256558<br><br>Ltd Services<br>7322 Southwest Freeway Suite 1600<br>Houston, Tx 77074 | | W | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting For Bank Of America | | | | Notice Only |
| ACCOUNT NO.  10130419<br><br>Lurie Childrens<br>PO Box 4066<br>Carol Stream, IL 60197 | | W | Incurred: 2/2014<br>Consideration: Medical services | | | | 1,047.00 |

Sheet no.  11  of  27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   1,128.79

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 31210-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Biagio Joseph Savarino & Adriana Savarino_____,    Case No. _____
           **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10130419<br><br>Lurie Childrens Medical Group<br>PO Box 4051<br>Carol Stream, IL 60197 | | W | Incurred: 2/2014<br>Consideration: Medical services | | | | 157.45 |
| ACCOUNT NO. 13 L 1022<br><br>Lynn Hickey<br>Attorney at Law<br>16860 S oak Park Ave Ste 101<br>Tinley Park, IL 60477 | | H | Incurred: 2013<br>Consideration: Assignee for various creditors<br>Collecting for Mary Dibenedetto | | | | Notice Only |
| ACCOUNT NO. 016<br><br>Malcolm S. Gerald<br>332 South Michigan Ave Ste 600<br>Chicago, IL 60604 | | W | Incurred: 2013<br>Consideration: Medical services<br>Collecting For Radiology And Nuclear Consulant | | | | 95.00 |
| ACCOUNT NO. none<br><br>Mary Dibenedetto<br>15637 Innsbreak Dr<br>Orland Park, IL 60462 | X | H | Incurred: 5/2010<br>Consideration: Personal loan | | | | 59,140.27 |
| ACCOUNT NO. 7250919<br><br>Mayo Clinic<br>200 First Street Sw<br>Rochester, MN 55905 | | H | Incurred: 2011<br>Consideration: Medical services | | | | 4,218.48 |

Sheet no. __12__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $      63,611.20

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121.0-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Biagio Joseph Savarino & Adriana Savarino          ,          Case No. _____

       **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8559872860<br><br>MCM<br>PO Box 60578<br>Los Angeles, CA 90060 | | W | Incurred: 2013<br>Consideration: Assignee for various creditors<br>Collecting for FIA | | | | Notice Only |
| ACCOUNT NO. 6671737<br><br>Medicredit<br>PO Box 1629<br>Maryland Heights, MO 63043 | | W | Incurred: 8/2014<br>Consideration: Assignee for various creditors<br>Collecting for Loyola | | | | Notice Only |
| ACCOUNT NO. none<br><br>Meno Stone<br>10800 Route 83<br>Lemont, IL 60439 | | H | Incurred: 2010<br>Consideration: Business vendor debt | | | | 3,690.55 |
| ACCOUNT NO. none<br><br>Metropolitan Janitoral<br>PO Box 571<br>Dekalb, IL 60115 | | H | Incurred: 2009<br>Consideration: Business debt | | | | 6,650.00 |
| ACCOUNT NO. 1474427416<br><br>Miramed<br>Dept 77304<br>PO Box 77000<br>Detroit, MI 48277 | | H | Incurred: 3/2014<br>Consideration: Assignee for various creditors<br>Collecting For Silver Cross | | | | Notice Only |

Sheet no. _13_ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷    $     10,340.55

Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121o-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Biagio Joseph Savarino & Adriana Savarino___,    Case No. _____
        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2195760<br><br>Mrs Associates<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | | W | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting For Chase Bank | | | | Notice Only |
| ACCOUNT NO. 229375<br><br>Murphy Lomon & Assoc<br>2860 River Rd Ste 200<br>Des Plaines, IL 60018 | | H | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting for NuWay | | | | Notice Only |
| ACCOUNT NO. 13043194433<br><br>Nationwide Credit<br>1150 East University<br>Tempe, AZ 85281 | | H | Incurred: 2013<br>Consideration: Assignee for various creditors<br>Collecting For Chase Bank | | | | Notice Only |
| ACCOUNT NO. 8250586<br><br>Nationwide Recovery<br>2304 Tarpley Drive #134<br>Carrollton, TX 75006 | | H | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting For At&t | | | | Notice Only |
| ACCOUNT NO. 59118844<br><br>NCO Financial<br>3005 Grape Rd Ste A<br>Mishawaka, IN 46545 | | W | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting for Children's Memorial | | | | Notice Only |

Sheet no. __14__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $      0.00

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Biagio Joseph Savarino & Adriana Savarino_____,    Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8969023268  Nicor Gas  PO Box 0632  Aurora, IL 60507 | | W | Incurred: 2012  Consideration: Utility | | | | 1,077.36 |
| ACCOUNT NO.  98906081066  Nicor Gas  PO Box 190  Aurora, IL 60507 | | H | Incurred: 2006  Consideration: Business Utility | | | | 7,334.06 |
| ACCOUNT NO.  unkown  Nicor Gas  PO Box 2020  Aurora, IL 60507 | | H | Incurred: 2012  Consideration: Business Utilities | | | | 1,992.18 |
| ACCOUNT NO.  1454452342  Nicor Gas  PO Box 2020  Aurora, IL 60507 | | H | Incurred: 2008  Consideration: Business Utility | | | | 1,048.55 |
| ACCOUNT NO.  18917037  Nicor Gas  PO Box 2020  Aurora, IL 60507 | | H | Incurred: 2012  Consideration: Business Utility | | | | 1,180.88 |

Sheet no. __15__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷　$　12,633.03

Total ▷　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 31210-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Biagio Joseph Savarino & Adriana Savarino        ,        Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  70139510948 <br><br> Nicor Gas <br> Po Box 5407 <br> Carol Stream, IL 60197 | | H | Incurred: 2013 <br> Consideration: Business Utility | | | | 1,411.56 |
| ACCOUNT NO.  unknown <br><br> Nu Way Disposal <br> PO Box 59838 <br> Schaumburg, IL 60159 | | H | Incurred: 2012 <br> Consideration: Business debt | | | | 3,268.50 |
| ACCOUNT NO.  unknown <br><br> Old Second National Bank <br> Attention: Loan Servicing 1st Floor NOE <br> 37 S River St. <br> Aurora, IL 60506 | | H | Incurred: 2010 <br> Consideration: Business Loan | | | | Unknown |
| ACCOUNT NO.  12101113 <br><br> Orland Fire Protection <br> 9790 W 151st St <br> Orland Pk, IL 60462 | | H | Incurred: 2012 <br> Consideration: Medical services | | | | 876.00 |
| ACCOUNT NO.  H122605264 <br><br> Palos Community Hospital <br> PO Box 4049 <br> Carol Stream, IL 60197 | | W | Incurred: 10/2013 <br> Consideration: Medical services | | | | 150.00 |

Sheet no.  16  of 27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $        5,706.06

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 31210-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Biagio Joseph Savarino & Adriana Savarino          ,      Case No. _____
_____
**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  X603678871<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | W | Incurred: 10/2013<br>Consideration: Medical services | | | | 50.00 |
| ACCOUNT NO.  X602651580<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | H | Incurred: 4/2012<br>Consideration: Medical services | | | | 212.72 |
| ACCOUNT NO.  X602615916<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | H | Incurred: 4/2012<br>Consideration: Medical services | | | | 522.71 |
| ACCOUNT NO.  X602765141<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | H | Incurred: 6/2012<br>Consideration: Medical services | | | | 78.61 |
| ACCOUNT NO.  X602088098<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | W | Incurred: 8/2011<br>Consideration: Medical services | | | | 35.49 |

Sheet no. 17 of 27 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $        899.53

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 31210-310X-*****- PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Biagio Joseph Savarino & Adriana Savarino_____,    Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  X60226880 <br><br> Palos Community Hospital <br> PO Box 4049 <br> Carol Stream, IL 60197 | | W | Incurred: 10/2011 <br> Consideration: Medical services | | | | 11.89 |
| ACCOUNT NO.  H121858047 <br><br> Palos Community Hospital <br> PO Box 4049 <br> Carol Stream, IL 60197 | | W | Incurred: 2013 <br> Consideration: Medical services | | | | 371.35 |
| ACCOUNT NO.  19323586 <br><br> Palos Community Hospital <br> PO Box 4049 <br> Carol Stream, IL 60197 | | W | Incurred: 2012 <br> Consideration: Medical services | | | | 288.37 |
| ACCOUNT NO.  19210373 <br><br> Palos Community Hospital <br> PO Box 4049 <br> Carol Stream, IL 60197 | | W | Incurred: 2012 <br> Consideration: Medical services | | | | 374.62 |
| ACCOUNT NO.  18612699 <br><br> Palos Community Hospital <br> PO Box 4049 <br> Carol Stream, IL 60197 | | W | Incurred: 2012 <br> Consideration: Medical services | | | | 49.07 |

Sheet no. __18__ of __27__ continuation sheets attached          Subtotal ▷   $        1,095.30
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                        Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 31210-301X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Biagio Joseph Savarino & Adriana Savarino___,        Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  19782446<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | W | Incurred: 2012<br>Consideration: Medical services | | | | 63.94 |
| ACCOUNT NO.  20425578<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | W | Incurred: 2013<br>Consideration: Medical services | | | | 43.77 |
| ACCOUNT NO.  H123299745<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | H | Incurred: 4/2014<br>Consideration: Medical services | | | | 1,648.60 |
| ACCOUNT NO.  X604331140<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | W | Incurred: 11/2014<br>Consideration: Medical services | | | | 479.88 |
| ACCOUNT NO.  H124039504<br><br>Palos Community Hospital<br>PO Box 4049<br>Carol Stream, IL 60197 | | H | Incurred: 10/2014<br>Consideration: Medical services | | | | 150.00 |

Sheet no. __19__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  2,386.19

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 31210-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Biagio Joseph Savarino & Adriana Savarino           ,          Case No. _____
                              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  49542311<br><br>Pediatric Anesthesia<br>Po Box 3526<br>Carol Stream, IL 60132 | | H | Incurred: 2/2014<br>Consideration: Medical services | | | | 315.96 |
| ACCOUNT NO.  10130419<br><br>Pediatric Faculty Foundation<br>PO Box 4051<br>Carol Stream, IL 60197 | | W | Incurred: 8/2011<br>Consideration: Medical services | | | | 145.58 |
| ACCOUNT NO.  10130419<br><br>Pediatric Faculty Foundation<br>PO Box 4051<br>Carol Stream, IL 60197 | | W | Incurred: 6/2011<br>Consideration: Medical services | | | | 655.98 |
| ACCOUNT NO.   unknown<br><br>Pekin Insurance<br>2505 Court St<br>Pekin, IL 61558 | | H | Incurred: 2011<br>Consideration: Business insurance | | | | 534.00 |
| ACCOUNT NO.  18439675<br><br>Phelps Uniforms<br>3206 Hershey Ave<br>Muscatine, IA 52761 | | H | Incurred: 2013<br>Consideration: Business debt | | | | 2,562.81 |

Sheet no.  20  of 27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷    $      4,214.33

Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121 0-301X-*****- PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Biagio Joseph Savarino & Adriana Savarino          ,          Case No. _____
                    **Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9517892313  Plaza Associates PO Box 2769 New York, NY 10116 | | H | Incurred: 2013 Consideration: Assignee for various creditors Collecting For Chase Bank | | | | Notice Only |
| ACCOUNT NO.  92403021-12  Plaza Associates PO Box 2769 New York, NY 10116 | | H | Incurred: 2012 Consideration: Assignee for various creditors Collecting For T-mobile | | | | Notice Only |
| ACCOUNT NO.  6035251107558921  Portfolio Recovery Dept 922 PO Box 4115 Concord, Ca 94524 | | H | Incurred: 8/2014 Consideration: Assignee for various creditors Collecting For Citibank | | | | Notice Only |
| ACCOUNT NO.   none  Preserve At Marley Creek HOA 17720 S. Oak Park Ave Tinley Park, IL 60477 | | J | Incurred: 2012 Consideration: HOA dues | | | | 3,263.00 |
| ACCOUNT NO.  85167  Progressive Surgical Associates 1890 Silver Cross Blvd Suite 410 New Lenox, IL 60451 | | H | Incurred: 2012 Consideration: Medical services | | | | 30.00 |

Sheet no. 21 of 27 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷    $    3,293.00

Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121i0-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Biagio Joseph Savarino & Adriana Savarino        ,        Case No. _____
 **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6539-001<br><br>Rathbun Cservenyak & Kozol LLC<br>3260 Executive Dr.<br>Joliet, IL 60431 | | H | Incurred: 2010<br>Consideration: Attorney fees | | | | 8,757.16 |
| ACCOUNT NO.  8546064715<br><br>Receivables Perf Managment<br>PO Box 1548<br>Lynnwood, WA 98046 | | H | Incurred: 2012<br>Consideration: Business debt | | | | 1,000.51 |
| ACCOUNT NO.  29619<br><br>Renuka Bhatt MD<br>2202 Essington Rd Suite 101<br>Joliet, IL 60435 | | W | Incurred: 2011<br>Consideration: Medical services | | | | 917.00 |
| ACCOUNT NO.  641479<br><br>Ronald J. Hennings PC<br>PO Box 4106<br>St Charles, IL 60174 | | H | Incurred: 2013<br>Consideration: Assignee for various creditors<br>Collecting for Phelps | | | | Notice Only |
| ACCOUNT NO.  LOMBL44137337G<br><br>Scr Laboratory Physicians<br>Po Box 5959<br>Carol Stream, IL 60197 | | H | Incurred: 2012<br>Consideration: Medical services | | | | 76.00 |

Sheet no.  22  of 27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $    10,750.67

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121/0-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Biagio Joseph Savarino & Adriana Savarino ,           Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. LOMBL441M00369641 <br><br> Scr Laboratory Physicians <br> Po Box 5959 <br> Carol Stream, IL 60197 | | W | Incurred: 11/2014 <br> Consideration: Medical services | | | | 22.50 |
| ACCOUNT NO. LOMBL44179426G <br><br> Scr Laboratory Physicians <br> Po Box 5959 <br> Carol Stream, IL 60197 | | H | Incurred: 11/25/14 <br> Consideration: Medical services | | | | 13.50 |
| ACCOUNT NO. F040166218 <br><br> Silver Cross <br> Attn Patient Accts <br> 1900 Silver Cross Blvd. <br> New Lenox, IL 60451 | | H | Incurred: 3/2014 <br> Consideration: Medical services | | | | 107.46 |
| ACCOUNT NO. F030594196 <br><br> Silver Cross <br> Attn Patient Accts <br> 1900 Silver Cross Blvd. <br> New Lenox, IL 60451 | | H | Incurred: 7/2011 <br> Consideration: Medical services | | | | 2,690.00 |
| ACCOUNT NO. F032134660 <br><br> Silver Cross <br> Attn Patient Accts <br> 1900 Silver Cross Blvd. <br> New Lenox, IL 60451 | | H | Incurred: 2012 <br> Consideration: Medical services | | | | 150.00 |

Sheet no. 23 of 27 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    2,983.46

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 3121/0-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Biagio Joseph Savarino & Adriana Savarino          ,        Case No. _____
**Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   unknown<br><br>Somercor<br>601 South LaSalle, Suite 510<br>Chicago, IL 60605 | | H | Incurred: 2010<br>Consideration: SBA LOAN | | | | 300,000.00 |
| ACCOUNT NO.   2777.001<br><br>Sosin & Arnold<br>9501 West 144th Place Ste 205<br>Orland Park, IL 60462 | | H | Incurred: 2014<br>Consideration: Attorney fees | | | | 10,940.68 |
| ACCOUNT NO.   AE 77570<br><br>Southwest Cardio<br>2801 Black Rd Ste A<br>Joliet, IL 60435 | | H | Incurred: 3/2014<br>Consideration: Medical services | | | | 25.00 |
| ACCOUNT NO.   12709282<br><br>Stellar Recovery<br>PO Box 1119<br>Charlotte, NC 28201 | | W | Incurred: 6/2014<br>Consideration: Assignee for various creditors<br>Collecting For Best Buy Co | | | | Notice Only |
| ACCOUNT NO.   10 CH 1269<br><br>Swanson Martin & Bell LLP<br>330 N Wabash Ste 3300<br>Chicago, IL 60611 | X | H | Incurred: 2010<br>Consideration: Assignee for various creditors<br>Collecting for Old Second | | | | Notice Only |

Sheet no.  24  of 27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   310,965.68

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:12 - 31210-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) (12/07) - Cont.**

In re __Biagio Joseph Savarino & Adriana Savarino_____,    Case No. _____
           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxx8141<br><br>T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA 98015 | | H | Incurred: 2012<br>Consideration: Cell phone | | | | 1,000.51 |
| ACCOUNT NO.  unknown<br><br>The Bureaus<br>650 Dundee Rd<br>North Brook, Il 60062 | | H | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting For James Mccormick | | | | 2,580.00 |
| ACCOUNT NO.  none<br><br>Therese O'Brien, Esq.<br>15020 S. Ravinia Ave. Ste. 20<br>Orland Park, IL 60462 | X | H | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting for Mary DiBenedetto | | | | Notice Only |
| ACCOUNT NO.  3856159<br><br>Torres Credit Services<br>27 Fairview St<br>Po Box 189<br>Carlisle, PA 17015 | | H | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting For Com Ed | | | | Notice Only |
| ACCOUNT NO.  LY2665<br><br>TransWorld Systems<br>507 Prudential Rd<br>Horsham, Pa 19044 | | H | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting For Pekin Insurance | | | | Notice Only |

Sheet no. _25_ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    3,580.51

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:13 - 31210-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) (12/07) - Cont.**

In re    Biagio Joseph Savarino & Adriana Savarino          ,          Case No. _____

**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   unknown<br><br>Uniform Specialist<br>Po Box 4106<br>St.charles, IL 60174 | | H | Incurred: 2012<br>Consideration: Trade vendor debt | | | | 2,562.00 |
| ACCOUNT NO.   80215361<br><br>United Collection Bureau<br>PO Box 1418<br>Maumee, Oh 43537 | | H | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting For Chase Bank | | | | Notice Only |
| ACCOUNT NO.   88547<br><br>Valer Enterprises<br>1170 Lincoln Ave<br>Po Box 119<br>Holbrook, NY 11741 | | W | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting For Blood Cord Registry | | | | Notice Only |
| ACCOUNT NO.   unknown<br><br>Varga Berger Ledsky Hayes And Casey<br>125 Wacker Drive Suite 2150<br>Chicago, IL 60606 | | H | Incurred: 2013<br>Consideration: Attorney Fees | | | | 4,640.00 |
| ACCOUNT NO.   532091<br><br>Vision Financial<br>PO Box 1768<br>Laporte, IN 46352 | | H | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting for Silver Cross | | | | Notice Only |

Sheet no.  26  of 27   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $         7,202.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:13 - 3121/0-30/1X-*****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Biagio Joseph Savarino & Adriana Savarino_____ ,   Case No. _____
            **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  16964 <br><br> Wexford & James <br> 2910 Westown Pkwy <br> West Des Moines, IA 50266 | | H | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting for ABC Supply | | | | Notice Only |
| ACCOUNT NO.  none <br><br> William Savarino <br> 21258 Sagebrush Lane <br> Mokena, IL 60448 | | H | Incurred: 2006-2012 <br> Consideration: Personal loan | | | | 900,000.00 |
| ACCOUNT NO.  12M1-129888 <br><br> Yousef K. Sarandah <br> Fidelity National Lawgroup <br> 10 S LaSalle St Ste 2750 <br> Chicago, IL 60603 | | H | Incurred: 2012 <br> Consideration: Assignee for various creditors <br> Collecting for Chicago Title Insurance | | | | Notice Only |
| ACCOUNT NO. <br><br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | | | | | |

Sheet no. 27 of 27 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $     900,000.00

Total▷ $     1,571,613.64

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:13 - 3121/0-301X-***** - PDF-XChange 4.0

B6G (Official Form 6G) (12/07)

In re  Biagio Joseph Savarino & Adriana Savarino                    Case No. _____
_____
         **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re  Biagio Joseph Savarino & Adriana Savarino     Case No. _____

       **Debtor**                                                  **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Edward Daley<br>Kenneth Daley<br>21257 Sagebrush Lane<br>Mokena, IL 60448 | Old Second Bank<br>c/o Swanson Martin & Bell LLP<br>330 N Wabash Ste 3300<br>Chicago, IL 60611 |
| Edward Daley<br>Kenneth Daley<br>21257 Sagebrush Lane<br>Mokena, IL 60448 | Mary Dibenedetto<br>15637 Innsbreak Dr<br>Orland Park, IL 60462 |

**Fill in this information to identify your case:**

Debtor 1   Biagio Joseph Savarino
_____  _____  _____
First Name     Middle Name     Last Name

Debtor 2   Adriana Savarino
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   Northern   District of   IL

Case number
(if known)   _____

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition
  chapter 13 income as of the following date:
  _____
  MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Employment**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | Manager | Unemployed |
| **Employer's name** | Capri Pizza | |
| **Employer's address** | 1721 Calumet Ave<br>Number   Street | Number   Street |
| | Whiting, IN<br>City   State   ZIP Code | City   State   ZIP Code |
| **How long employed there?** | 3 yrs, 0 mos | 0 yrs, 0 mos |

**Part 2:   Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,333.33 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 4,333.33 | $ 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:13 - 312(I6-30)X.***** - PDF-XChange 4.0

Debtor 1 ___Biagio Joseph Savarino_____   Case number (if known)_____

First Name    Middle Name    Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................ ➔ | 4. | $ 4,333.33 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 625.86 | | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | | $ 0.00 |
| 5e. | Insurance | 5e. | $ 21.66 | | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | | $ 0.00 |
| 5h. | Other deductions. Specify: ; _____ | 5h. | + $ 0.00 | + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 647.52 | | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,685.81 | | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ; _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income. Specify:** ; _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,685.81 + | $ 0.00 = $ 3,685.81 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies   12.   $ 3,685.81

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Biagio Joseph Savarino |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Adriana Savarino |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Northern      District of IL |
| Case number (If known) | _____ |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

   ☒ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and Debtor 2.          ☒ Yes. Fill out this information for each dependent..........................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 10 | ☐ No  ☒ Yes |
| Daughter | 7 | ☐ No  ☒ Yes |
| Daughter | 5 | ☐ No  ☒ Yes |
| Son | 5 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**          ☒ No          ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:14 - 312[0-30]X,***** - PDF-XChange 4.0

Debtor 1    __Biagio Joseph Savarino_____    Case number *(if known)*_____

First Name    Middle Name    Last Name

| | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $ _____0.00_____

6. **Utilities:**

  6a.  Electricity, heat, natural gas    6a.    $ _____0.00_____

  6b.  Water, sewer, garbage collection    6b.    $ _____0.00_____

  6c.  Telephone, cell phone, Internet, satellite, and cable services    6c.    $ _____200.00_____

  6d.  Other. Specify: _____    6d.    $ _____0.00_____

7. **Food and housekeeping supplies**    7.    $ _____700.00_____

8. **Childcare and children's education costs**    8.    $ _____200.00_____

9. **Clothing, laundry, and dry cleaning**    9.    $ _____80.00_____

10. **Personal care products and services**    10.    $ _____20.00_____

11. **Medical and dental expenses**    11.    $ _____300.00_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $ _____350.00_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ _____0.00_____

14. **Charitable contributions and religious donations**    14.    $ _____0.00_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a.  Life insurance    15a.    $ _____690.00_____

  15b.  Health insurance    15b.    $ _____0.00_____

  15c.  Vehicle insurance    15c.    $ _____75.00_____

  15d.  Other insurance. Specify:_____    15d.    $ _____0.00_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ _____    16.    $ _____0.00_____

17. **Installment or lease payments:**

  17a.  Car payments for Vehicle 1    17a.    $ _____0.00_____

  17b.  Car payments for Vehicle 2    17b.    $ _____0.00_____

  17c.  Other. Specify: Storage unit _____ _____    17c.    $ _____586.00_____

  17d.  Other. Specify:_____ _____    17d.    $ _____0.00_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**    18.    $ _____0.00_____

19. **Other payments you make to support others who do not live with you.**
Specify:_û~_____    19.    $ _____0.00_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

  20a.  Mortgages on other property    20a.    $ _____0.00_____

  20b.  Real estate taxes    20b.    $ _____0.00_____

  20c.  Property, homeowner's, or renter's insurance    20c.    $ _____0.00_____

  20d.  Maintenance, repair, and upkeep expenses    20d.    $ _____0.00_____

  20e.  Homeowner's association or condominium dues    20e.    $ _____0.00_____

Debtor 1    Biagio Joseph Savarino

       First Name     Middle Name       Last Name

Case number (if known) _____

---

21. **Other**. Specify: __Court Ordered Restitution__ _____ _____    21. **+**$ _____ 400.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.    22. $ _____ 3,601.00

23. **Calculate your monthly net income.**

   23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ _____ 3,685.81

   23b.   Copy your monthly expenses from line 22 above.    23b. **−**$ _____ 3,601.00

   23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c. $ _____ 84.81

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No.

[ ] Yes.    Explain here:

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois

In re Biagio Joseph Savarino & Adriana Savarino

_____

Debtor

Case No. _____

Chapter ___7___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 6 | $ 66,114.35 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 394,315.38 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 28 | | $ 1,571,613.64 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 3,685.81 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 3,601.00 |
| **TOTAL** | | 49 | $ 66,114.35 | $ 1,965,929.02 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:15 - 3121/0-301X-***** - PDF-XChange 4.0

# United States Bankruptcy Court
## Northern District of Illinois

In re   Biagio Joseph Savarino & Adriana Savarino          Case No. _____
                                    Debtor

                                                          Chapter      7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   394,315.38 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   0.00 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   394,315.38 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $   3,685.81 |
| Average Expenses (from Schedule J, Line 22) | $   3,601.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $   4,818.82 |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   394,315.38 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4.  Total from Schedule F | | $   1,571,613.64 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   1,571,613.64 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18.20.15 - 3121o-301X-***** - PDF-XChange 4.0

B6 (Official Form 6 - Declaration) (12/07)

Biagio Joseph Savarino & Adriana Savarino

In re _____          Case No. _____
                    **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____51____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  12/23/2014 _____          Signature:  /s/ Biagio Joseph Savarino _____
                                                                                                    Debtor

Date  12/23/2014 _____          Signature:  /s/ Adriana Savarino _____
                                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                            _____
                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In Re  Biagio Joseph Savarino & Adriana Savarino                    Case No. _____
                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

―――――――――――――――――――

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2014(db) | 42,900.00 | Capri Pizza<br>General contractor income 26k |
| 2013(db) | 62,487.00 | General contractor income and cancellation of debt 1099 |
| 2012(db) | 84,884.00 | General contractor income |
| 2014(jdb) | 0.00 |  |
| 2013(jdb) | 0.00 |  |

B7 (Official Form 7) (04/13)                                                                                                    2

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| 2012(jdb)        0.00 | |

---

**2.   Income other than from employment or operation of business**

None
☒          State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.   Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

---

None       **3.  Payments to creditors**

☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|
| Leonard & Associates (CPA) 17103 Oak Park Avenue Tinley Park, IL 60477 | 12/17/14 | 2,800.00 | 0.00 |
| New Lenox School District 122 102 S Cedar Rd New Lenox, IL 60451 | 12/8/14 | 1,381.04 | 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18:20:15 - 3121/0-3/01X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                          3

None
☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Dibenedetto Vs. Biagio Savarino | Breach of Contract | Will County Circuit Court Joliet, IL | Wage garnishment |
| United States of America v. Biagio Savarino 14-cr-20018-01 | False Statement on Loan Applications | United States District Court Central District of IL | Judgment and restitution |

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒        one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
         13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None        List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☐        lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
         (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
         both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| First Merit Bank 14701 S.La Grange Rd Orland Park, IL 60462 | 2010-2014 | 2105 Calumet Ave Hammond, Indiana |
| | | 9511 Corsair Rd Unit B Frankfort, IL |
| | | 205 Oak Tree Court Mokena, IL |
| | | 20117 Alison Trail Mokena, IL |
| | | Foxborough Estates Lots 145, 147, 149, 154 Mokena, IL |

**6.   Assignments and Receiverships**

None   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒        the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
         assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
         joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

☒ None   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.   Gifts

☐ None   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Brother Rice High School 10001 S. Pulaski Chicago, IL | Alumni | June 2014 | $2,000.00 |

### 8.   Losses

☒ None   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.   Payments related to debt counseling or bankruptcy

☐ None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Thomas L. Murphy Petti, Murphy, & Associates 1100 Ravinia Pl Orland Park, IL 60462 | 10/2014 | 2,300.00 for bankruptcy legal fees and filing fee |

B7 (Official Form 7) (04/13)                                                                                          6

---

**10.  Other transfers**

None
☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                              7

---

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)

8

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Savarino Builders Ltd | 37-1436931 | 9511 Corsair Rd Frankfort, IL 60423 | Construction | 2002 - 2013 |
| NL Kilt LLC | 26-3548270 | 6401 W. 95TH St Chicago Ridge, IL 60415 | Restaurant | 2008 - 2012 |
| Savarino Construction Inc | unknown | 9511 Corsair Rd Frankfort, IL 60423 | Construction | 2009 - 2013 |
| Savarino Daley Development Group LLC | 20-8902876 | 9511 Corsair Rd Frankfort, IL 60423 | Construction | 2007 - 2010 |
| Savarino Properties Ltd | unknown | 21258 SAGE BRUSH LN MOKENA, IL 60448 | Construction | 2004 - 2009 |

B7 (Official Form 7) (04/13)                                                                                          9

---

     b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

None
☒

     NAME                                                                    ADDRESS

---

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an
officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in
business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has
not been in business within those six years should go directly to the signature page.)*

---

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☒     bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

     NAME AND ADDRESS                                       DATES SERVICES RENDERED

---

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒     have audited the books of account and records, or prepared a financial statement of the debtor.

     NAME                              ADDRESS                    DATES SERVICES RENDERED

---

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☒     of account and records of the debtor. If any of the books of account and records are not available, explain.

     NAME                              ADDRESS

None ☒   d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☒   a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒   b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☒   a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒   b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None ☒   a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ⊠   b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23.  Withdrawals from a partnership or distribution by a corporation

None ⊠    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24.  Tax Consolidation Group

None ⊠    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25.  Pension Funds

None ⊠    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*     *     *     *     *     *

B7 (Official Form 7) (04/13)                                                                                                                                    12

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___12/23/2014___          Signature          /s/ Biagio Joseph Savarino
                                of Debtor          _____
                                                   BIAGIO JOSEPH SAVARINO


Date ___12/23/2014___          Signature          /s/ Adriana Savarino
                                of Joint Debtor    _____
                                                   ADRIANA SAVARINO


                    ___0___ continuation sheets attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.


*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

Biagio Joseph Savarino & Adriana Savarino

In re _____ ,    Case No. _____
               Debtor                                                Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

Property No.  1    NO SECURED PROPERTY

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| | |

Property will be *(check one)*:
☐  Surrendered          ☐  Retained

If retaining the property, I intend to *(check at least one):*
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one)*:
☐  Claimed as exempt          ☐  Not claimed as exempt

---

Property No. 2  *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| | |

Property will be *(check one)*:
☐  Surrendered          ☐  Retained

If retaining the property, I intend to *(check at least one):*
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one)*:
☐  Claimed as exempt          ☐  Not claimed as exempt

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 18.20.16 - 31210-301X-***** - PDF-XChange 4.0

B8 (Official Form 8) (12/08)                                                                                              Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐  YES        ☐   NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐  YES        ☐   NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐  YES        ☐   NO |

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 12/23/2014 _____                    /s/ Biagio Joseph Savarino _____
                                                            Signature of Debtor


                                                            /s/ Adriana Savarino _____
                                                            Signature of Joint Debtor

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

**In re** Biagio Joseph Savarino & Adriana Savarino          **Case No.** _____
      **Debtor**                                                        **(If known)**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certification of the Debtor

I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

Biagio Joseph Savarino & Adriana Savarino          X  /s/ Biagio Joseph Savarino          12/23/2014
Printed Names(s) of Debtor(s)                            Signature of Debtor              Date

Case No. (if known) _____          X  /s/ Adriana Savarino              12/23/2014
                                                     Signature of Joint Debtor, (if any)    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

ABC Supply Co
1 ABC Pkwy.
Beloit, WI  53511


Accord Creditor
PO Box 10002
Newnan, GA 30271


Acl Labs
8901 West Lincoln Ave
West Allis, WI 532270901


Ajax Linen
1005 Geneva St
Shorewood, IL 60404


Alpha Med
12150 South Harlem Ave
Palos Heights, IL 60463


Ars National
PO Box 463023
Escondido, CA 92046


Asset Acceptance
PO 2036
Warren, MI 48090


AT&T
c/o Bankruptcy
1801 Valley View Ln
Farmers Branch, TX 75234


AT&T
c/o Bankruptcy
1801 Valley View Ln
Farmers Branch, TX 75234


AWA Collections
PO Box 6605
Orange, CA 92863

Bank of America
PO Box 15019
Wilmington, DE 19886

Bank of America
PO Box 15019
Wilmington, DE 19886

Bank of America Corporate Center
100 North Tryon Street
Charlotte, North Carolina 28255

Best Buy Co
PO Box 9
Buffalo, NY 14240

Brown & Joseph Ltd
PO Box 59838
Schaumburg, IL 60159

Brown & Joseph Ltd
PO Box 59838
Schaumburg, IL 60159

Capital Accounts
PO Box 140065
Nashville, TN 37214

Capital One
PO Box 6492
Carol Stream, IL 60197

Cbe Group
1309 Technology Pkwy
Cedar Falls, IA 50613

CCI
PO Box 212489
Augusta, GA 30917

Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Chicago Title Insurance
10 S LaSalle St Suite 3100
Chicago,IL,60603

Children's Memorial Hospital
PO Box 4051
Carol Stream, IL 60197

Children's Memorial Hospital
PO Box 4051
Carol Stream, IL 60197

Children's Memorial Hospital
PO Box 4051
Carol Stream, IL 60197

Citibank
PO Box 6500
Sioux Falls, SD 57117

CKB Law Firm
30 N LaSalle St Ste 1520
Chicago, IL 60602

Codilis & Associates
15W030 N Frontage Rd Ste 100
Burr Ridge, IL 60527

Com Ed
PO Box 6111
Carol Stream, IL 60197

Com Ed
Po Box 6111
Carol Stream, IL 60197

Com Ed
Po Box 6111
Carol Stream, IL 60197

Comcast
PO Box 3002
Southeastern, PA 19398

ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Department
Oakbrook Terrace, IL 60181

Cord Blood Registry
1200 Bayhill Drive, 3rd Floor
San Bruno, California 94066

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101

Drop Zone Portable
312 Alessio Drive
Joliet, IL 60433


Edward Daley
Kenneth Daley
21257 Sagebrush Lane
Mokena, IL 60448


Edward Daley
Kenneth Daley
21257 Sagebrush Lane
Mokena, IL 60448


First Merit Bank
14701 S.La Grange Rd
Orland Park, IL 60462


Freedman Anselmo Lindberg
PO Box 3228
Naperville, IL 60566


Hamstra Roofing
22823 South Mustang Rd
Frankfort, IL 60423


Harris & Harris
111 W Jackson Blvd Ste 400
Chicago, IL 60604


Harris & Harris
222 Merchandise Mart Suite 1900
Chicago, IL 60654


Harris Bank
8150 W 143rd St,
Orland Park, IL 60462


Ics
PO Box 1010
Tinley Park, IL 60477

```
Ics
PO Box 1010
Tinley Park, IL 60477


Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664


Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664


Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664


Indiana Dept of Revenue
Bankruptcy Section MS 108
100 N Senate Ave N240
Indianapolis, IN 46204


James Mccormick DDS
13161 West 143rd Street, Suite 101
Homer Glen, IL 60491


Jeffrey Lewis
Attorney at Law
2045 Aberdeen Ct Ste A
Sycamore, IL 60178


Keough and Moody
1250 East Diehl Suite 405
Naperville, IL 60563


Louis Freedman & Assoc
PO Box 3228
Naperville, IL 60566
```

Loyola Medical Center
Po Box 99400
Louisville, KY 40269

Loyola Univers Medical Center
PO Box 3021
Milwaukee, WI 53201

Loyola Univers Medical Center
PO Box 3021
Milwaukee, WI 53201

Loyola Univers Medical Center
PO Box 3021
Milwaukee, WI 53201

Loyola Univers Medical Center
PO Box 3021
Milwaukee, WI 53201

Loyola Univers Medical Center
PO Box 3021
Milwaukee, WI 53201

Loyola Univers Medical Center
PO Box 3021
Milwaukee, WI 53201

Ltd Services
7322 Southwest Freeway Suite 1600
Houston, Tx 77074

Lurie Childrens
PO Box 4066
Carol Stream, IL 60197

Lurie Childrens Medical Group
PO Box 4051
Carol Stream, IL 60197

Lynn Hickey
Attorney at Law
16860 S oak Park Ave Ste 101
Tinley Park, IL 60477


Malcolm S. Gerald
332 South Michigan Ave Ste 600
Chicago, IL 60604


Mary Dibenedetto
15637 Innsbreak Dr
Orland Park, IL 60462


Mayo Clinic
200 First Street Sw
Rochester, MN 55905


MCM
PO Box 60578
Los Angeles, CA 90060


Medicredit
PO Box 1629
Maryland Heights, MO 63043


Meno Stone
10800 Route 83
Lemont, IL 60439


Metropolitan Janitoral
PO Box 571
Dekalb, IL 60115


Miramed
Dept 77304
PO Box 77000
Detroit, MI 48277


Mrs Associates
1930 Olney Ave
Cherry Hill, NJ 08003

Murphy Lomon & Assoc
2860 River Rd Ste 200
Des Plaines, IL 60018


Nationwide Credit
1150 East University
Tempe, AZ 85281


Nationwide Recovery
2304 Tarpley Drive #134
Carrollton, TX 75006


NCO Financial
3005 Grape Rd Ste A
Mishawaka, IN 46545


Nicor Gas
PO Box 0632
Aurora, IL 60507


Nicor Gas
PO Box 190
Aurora, IL 60507


Nicor Gas
PO Box 2020
Aurora, IL 60507


Nicor Gas
PO Box 2020
Aurora, IL 60507


Nicor Gas
PO Box 2020
Aurora, IL 60507


Nicor Gas
Po Box 5407
Carol Stream, IL 60197

Nu Way Disposal
PO Box 59838
Schaumburg, IL 60159


Old Second National Bank
Attention: Loan Servicing 1st Floor NOE
37 S River St.
Aurora, IL 60506


Orland Fire Protection
9790 W 151st St
Orland Pk, IL 60462


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197

Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Palos Community Hospital
PO Box 4049
Carol Stream, IL 60197


Pediatric Anesthesia
Po Box 3526
Carol Stream, IL 60132

Pediatric Faculty Foundation
PO Box 4051
Carol Stream, IL 60197


Pediatric Faculty Foundation
PO Box 4051
Carol Stream, IL 60197


Pekin Insurance
2505 Court St
Pekin, IL 61558


Phelps Uniforms
3206 Hershey Ave
Muscatine, IA 52761


Plaza Associates
PO Box 2769
New York, NY 10116


Plaza Associates
PO Box 2769
New York, NY 10116


Portfolio Recovery
Dept 922
PO Box 4115
Concord, Ca 94524


Preserve At Marley Creek HOA
17720 S. Oak Park Ave
Tinley Park, IL 60477


Progressive Surgical Associates
1890 Silver Cross Blvd Suite 410
New Lenox, IL 60451


Rathbun Cservenyak & Kozol LLC
3260 Executive Dr.
Joliet, IL 60431

Receivables Perf Managment
PO Box 1548
Lynnwood, WA 98046


Renuka Bhatt MD
2202 Essington Rd Suite 101
Joliet, IL 60435


Ronald J. Hennings PC
PO Box 4106
St Charles, IL 60174


Scr Laboratory Physicians
Po Box 5959
Carol Stream, IL 60197


Scr Laboratory Physicians
Po Box 5959
Carol Stream, IL 60197


Scr Laboratory Physicians
Po Box 5959
Carol Stream, IL 60197


Silver Cross
Attn Patient Accts
1900 Silver Cross Blvd.
New Lenox, IL 60451


Silver Cross
Attn Patient Accts
1900 Silver Cross Blvd.
New Lenox, IL 60451


Silver Cross
Attn Patient Accts
1900 Silver Cross Blvd.
New Lenox, IL 60451


Somercor
601 South LaSalle, Suite 510
Chicago, IL 60605

Sosin & Arnold
9501 West 144th Place Ste 205
Orland Park, IL 60462


Southwest Cardio
2801 Black Rd Ste A
Joliet, IL 60435


Stellar Recovery
PO Box 1119
Charlotte, NC 28201


Swanson Martin & Bell LLP
330 N Wabash Ste 3300
Chicago, IL 60611


T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015


The Bureaus
650 Dundee Rd
North Brook, Il 60062


Therese O'Brien, Esq.
15020 S. Ravinia Ave. Ste. 20
Orland Park, IL 60462


Torres Credit Services
27 Fairview St
Po Box 189
Carlisle, PA 17015


TransWorld Systems
507 Prudential Rd
Horsham, Pa 19044


Uniform Specialist
Po Box 4106
St.charles, IL 60174

United Collection Bureau
PO Box 1418
Maumee, Oh 43537


United States of America
Elly Peirson, Asst US Atty
201 S Vine St Ste 226
Urbana, IL 61802


Valer Enterprises
1170 Lincoln Ave
Po Box 119
Holbrook, NY 11741


Varga Berger Ledsky Hayes And Casey
125 Wacker Drive Suite 2150
Chicago, IL 60606


Vision Financial
PO Box 1768
Laporte, IN 46352


Wexford & James
2910 Westown Pkwy
West Des Moines, IA 50266


William Savarino
21258 Sagebrush Lane
Mokena, IL 60448


Yousef K. Sarandah
Fidelity National Lawgroup
10 S LaSalle St Ste 2750
Chicago, IL 60603